**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID QUINONES, | Case No. 1:16-cv-08964 |
| Plaintiff, | Honorable Mary M. Rowland |
| v. | |
| STELLAR RECOVERY, INC., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. Defendant is in the process of serving Plaintiff with an Offer of Judgment, which was accepted and shall be promptly filed. Plaintiff expects to dismiss this case within sixty days, but requests the Court to retain Jurisdiction in the event that enforcement of the Offer of Judgment is necessary.

                                          RESPECTFULLY SUBMITTED,

                                          Hyslip & Taylor, LLC, LPA

Date: March 20, 2017          By: s/ Jeffrey S. Hyslip
                                             Jeffrey S. Hyslip, Esq.
                                             Ohio Bar No. 0079315
                                             1100 W. Cermak Rd., Suite B410
                                             Chicago, IL 60608
                                             (P) 312-380-6110
                                             (F) 312-361-3509
                                             (E) jeffrey@lifetimedebtsolutions.com
                                             *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 20, 2017, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF System upon the following:

Alison N. Emery, Esq.
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207

*Counsel for Defendant*

                                                             s/ Jeffrey S. Hyslip