# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

David Quinones

                              Plaintiff,

v.                                              Case No.: 1:16–cv–08964
                                                Honorable Mary M. Rowland

Stellar Recovery, Inc.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 8, 2017:

        MINUTE entry before the Honorable Mary M. Rowland: In light of the parties'
joint stipulation of dismissal with prejudice [31], this action is dismissed with prejudice
with each party to bear its own costs. Status hearing previously set for 5/17/17 is stricken.
Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.